UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DASHWAYE CARLOCK,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO,<br><br>Respondent. | No.  2:20-cv-2210 TLN KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se, with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 23, 2020, the undersigned recommended that this action be dismissed based on petitioner's failure to file an affidavit in support of a request to proceed in forma pauperis, or pay the court's filing fee.  On January 6, 2021, petitioner filed objections, declaring that he provided an in forma pauperis affidavit to prison staff for mailing to the court, and believes that during exigent movements, staff may have lost petitioner's mail.  Petitioner states that if the court provides him with another form, he will complete and return the application.

Good cause appearing, the December 23, 2020 findings and recommendations are vacated, and petitioner is granted thirty days in which to submit an application to proceed in forma pauperis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 5) are vacated;

2. Petitioner is granted thirty days in which to comply with the November 9, 2020 order; and

3. The Clerk of the Court is directed to send petitioner an application to proceed in forma pauperis by a prisoner.

Dated:  January 11, 2021

/carl2210.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2