UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DASHAWYE CARLOCK,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO,<br><br>Respondents. | No. 2:20-cv-2210 TLN KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner is a state prisoner, proceeding without counsel. On November 9, 2020, petitioner was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee, and that his failure to comply would result in a recommendation that this action be dismissed. Petitioner failed to respond, and the undersigned recommended that the action be dismissed. Petitioner filed objections, and the findings and recommendations were vacated. By an order filed January 11, 2021, petitioner was granted an additional thirty days in which to file an in forma pauperis affidavit or pay the appropriate filing fee. Such thirty-day period has expired, and petitioner has not responded to the court's order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

////

1

1      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen** days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 22, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/carl2210.fpf.hab2