UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DASHWANE CARLOCK,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO,<br><br>Respondent. | No. 2:20-cv-2210 TLN KJN P<br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se and in forma pauperis. On March 31, 2021, the petition was dismissed, and petitioner was granted thirty days' leave to file an amended petition on the proper form. On May 8, 2021, petitioner signed a request for a copy of his petition, stating that due to the COVID-19 pandemic, the prison library was closed, and he had no ability to make a copy of his filing. His request was filed on May 12, 2021. Although his amended petition was due on April 30, 2021, petitioner did not file an amended petition, request an extension of time, or explain his failure to meet the court's deadline.

Petitioner has previously missed two court deadlines, requiring the court to vacate findings and recommendations due to his lack of diligence. (ECF Nos. 5, 8.) Petitioner is cautioned that even though he is proceeding without counsel, petitioner is required to meet court deadlines. If petitioner cannot meet a court deadline, he must seek an extension of time to file the required document, and should submit his request before the deadline expires. Failure to comply

with court orders, including deadlines set by the court, may result in the imposition of sanctions, including a recommendation that this action be dismissed. See Fed. R. Civ. P. 41(b).

In an abundance of caution, petitioner is granted, *nunc pro tunc*, an additional thirty days in which to file his amended petition. On this one occasion, his request for a copy of his initial petition is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request (ECF No. 11) is granted;

2. The Clerk of the Court shall serve a copy of petitioner's original petition (ECF No. 1) on petitioner;

3. Petitioner is granted an extension of time to file his amended petition; and

4. Petitioner shall file his amended petition no later than thirty days from the date of this order.

Dated: May 18, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/carl2210.111