UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DASHWANE CARLOCK, | No. 2:20-cv-2210 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner requested an extension of time to file a motion to stay. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 15) is granted; and

2. Petitioner shall file a motion to stay within thirty days from the date of this order.

Dated: August 16, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

carl2210.111(2)